UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE DANIELS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WAYNE J. DIXON ET AL.,<br><br>　　　　　　　　Defendant(s). | Case No. 8:21-cv-00223-CJC-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge